**6/10/2015**                                                          **COA No. 13-13-00471-CR**
**ZALMAN, DANIEL**          **Tr. Ct. No. 57,007**          **PD-0261-15**
On this day, the Appellant's petition for discretionary review has been refused.

Abel Acosta, Clerk

RICHARD L. MANSKE

121 E MONSERATTE ST
EL CAMPO, TX 77437-4423
* DELIVERED VIA E-MAIL *

**6/10/2015**                                              **COA No. 13-13-00471-CR**
**ZALMAN, DANIEL**          **Tr. Ct. No. 57,007**          **PD-0261-15**
On this day, the Appellant's petition for discretionary review has been refused.

Abel Acosta, Clerk

13TH COURT OF APPEALS CLERK
DORIAN RAMIREZ
901 LEOPARD
CORPUS CHRISTI, TX 78401
* DELIVERED VIA E-MAIL *

**6/10/2015**                                                   **COA No. 13-13-00471-CR**
**ZALMAN, DANIEL**          **Tr. Ct. No. 57,007**              **PD-0261-15**
On this day, the Appellant's petition for discretionary review has been refused.

Abel Acosta, Clerk

> DISTRICT ATTORNEY  WHARTON COUNTY
> ROSS M. KURTZ
> 100 S. FULTON, SUITE 100
> WHARTON, TX  77488
> * DELIVERED VIA E-MAIL *

**6/10/2015**                                                           **COA No. 13-13-00471-CR**
**ZALMAN, DANIEL**          **Tr. Ct. No. 57,007**            **PD-0261-15**
On this day, the Appellant's petition for discretionary review has been refused.

Abel Acosta, Clerk

     LISA MCMINN
     STATE PROSECUTING ATTORNEY
     P.O. BOX 13046
     AUSTIN, TX  78711
     * DELIVERED VIA E-MAIL *